## MARSHALL ET AL. *v.* HARE, SECRETARY OF STATE OF MICHIGAN, ET AL.

No. 962.   Decided June 22, 1964.

*Theodore Sachs* for appellants.

*Robert A. Derengoski,* Solicitor General of Michigan, *Stanton S. Faville,* Chief Assistant Attorney General, and *James R. Ramsey* and *Russell A. Searl,* Assistant Attorneys General, for Hare et al.; and *Edmund E. Shepherd* and *R. William Rogers* for Beadle et al., appellees.

PER CURIAM.

The judgment below is reversed. *Reynolds* v. *Sims,* 377 U. S. 533; *Lucas* v. *Forty-Fourth General Assembly of Colorado,* 377 U. S. 713. The case is remanded for further proceedings consistent with the views stated in our opinions in *Reynolds* v. *Sims* and in the other cases relating to state legislative apportionment decided along with *Reynolds.*

MR. JUSTICE CLARK and MR. JUSTICE STEWART would affirm the judgment because the Michigan system of legislative apportionment is clearly a rational one and clearly does not frustrate effective majority rule.

MR. JUSTICE HARLAN dissents for the reasons stated in his dissenting opinion in *Reynolds* v. *Sims,* 377 U. S. 533, 589.